IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA SULLIVAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SAFEWAY, INC., et al.,<br>　　　　Defendants. | Case No. 19-cv-03187-MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 38 |

　　　　Before the Court is plaintiffs' Administrative Motion, filed October 14, 2019, whereby plaintiffs seek to extend to October 29, 2019, the deadline to oppose defendants' Motion to Dismiss. Defendants have filed opposition. Having read and considered the papers filed in support of and in opposition to the Administrative Motion, the Court rules as follows.

　　　　On August 23, 2019, defendants filed the above-referenced Motion to Dismiss. Thereafter, by stipulation approved September 6, 2019 (see Dkt. No. 34), the Court extended to October 14, 2019, the deadline for plaintiffs' response, thereby affording plaintiffs seven weeks within which to file their opposition.

　　　　In seeking an eleventh-hour further extension, plaintiffs state they are in the process of drafting a consolidated complaint that may moot defendants' motion to dismiss. Plaintiffs have not, however, explained why they could not have filed such consolidated pleading, or, in the alternative, an opposition to defendants' motion, on or

before the stipulated deadline.[1]

Accordingly, good cause not having been shown for the relief requested, plaintiffs' Administrative Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 18, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] This order is not, however, intended to set a deadline as to any consolidated complaint.