1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRA SULLIVAN, et al., | Case No. 3:19-cv-03187-MMC (Consolidated) |
| Plaintiff(s), | |
| v. | **[PROPOSED]** **ORDER REGARDING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL** |
| SAFEWAY INC., | |
| Defendant. | |

1. Pursuant to the Parties' Joint Status Report and Stipulation Regarding Deadline for Motion for Preliminary Approval, and good cause appearing therefor, the Court hereby orders that the deadline for the Parties to file a motion for preliminary settlement approval or a further status report is hereby EXTENDED from October 30, 2020, to November 13, 2020.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE