1
2
3
4
5
6
7
8
9     IN THE UNITED STATES DISTRICT COURT
10    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  KENDRA SULLIVAN, et al.,            Case No. 3:19-cv-03187-MMC (Consolidated)
13         Plaintiff(s),
14
15         v.                           [PROPOSED] ORDER REGARDING
                                        DEADLINE FOR MOTION FOR
16  SAFEWAY INC.,                       PRELIMINARY APPROVAL
17         Defendant.
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to the Parties' Joint Status Report and Stipulation Regarding Deadline for Motion for
2   Preliminary Approval, and good cause appearing therefor, the Court hereby orders that the deadline for
3   the Parties to file a motion for preliminary settlement approval or a further status report is hereby
4   EXTENDED from November 13, 2020 to December 4, 2020.

6   IT IS SO ORDERED.

8   Dated:  November 16, 2020

                                        _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE