1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRA SULLIVAN, et al., | Case No. 3:19-cv-03187-MMC (Consolidated) |
| Plaintiff(s), | |
| v. | [PROPOSED] ORDER REGARDING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL |
| SAFEWAY INC., | |
| Defendant. | |

1  Pursuant to the Parties' Joint Status Report and Stipulation Regarding Deadline for Motion for
2  Preliminary Approval, and good cause appearing therefor, the Court hereby orders that the deadline for
3  the Parties to file a motion for preliminary settlement approval or a further status report is hereby
4  EXTENDED from December 4, 2020 to December 18, 2020. *In light of the Court's calendar,* the hearing on the Motion for
5  Preliminary Approval shall be set on January 29, 2021.

7  IT IS SO ORDERED.

9  Dated: December 7, 2020

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DEADLINE FOR MPA