IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA SULLIVAN, et al.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SAFEWAY INC.,<br><br>  Defendant. | Case No. 3:19-cv-03187-MMC (Consolidated)<br><br>[PROPOSED] ORDER REGARDING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL |

1   Pursuant to the Parties' Joint Status Report and Stipulation Regarding Deadline for Motion for
2   Preliminary Approval, and good cause appearing therefor, the Court hereby orders that the deadline for
3   the Parties to file a motion for preliminary settlement approval or a further status report is hereby
4   EXTENDED from December 18, 2020, to December 30, 2020.  Provided that Plaintiffs file the Motion
5   for Preliminary Approval by December 30, 2020, ~~the Court hereby grants / denies the Parties' request~~
6   ~~that~~ the hearing on the Motion for Preliminary Approval shall be set for 9:00 a.m. on ~~January 29~~ February 12, 2021.

8   IT IS SO ORDERED.

10  Dated: December 21, 2020

    _[signature: Maxine M. Chesney]_
    THE HONORABLE MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE