# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 11, 2021  **Time:** 9:00 - 9:45  **Judge:** MAXINE M. CHESNEY
= 45 minutes

**Case No.:** 19-cv-03187-MMC and 20-07541-MMC  **Case Name:** Kendra Sullivan et al v. Safeway, Inc.
Jaci Hutto et al v. Albertsons, et al

**Attorney for Plaintiff:** Stephen Tindall, Jessica Lukasiewicz, Jeffrey Kosbie
**Attorney for Defendant:** Rod Fliegel

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Debra Pas

## PROCEEDINGS BY ZOOM WEBINAR

Plaintiffs' Motion for Final Approval of Class Action Settlement – Granted.

Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Service Awards –

Granted as to Attorneys' Fees and Costs; Granted in Part as to Service Awards.

Deadline for Plaintiffs' counsel to inform the Court as to the final disposition re: class members who filed both request for exclusion and claim form: June 18, 2021.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            (X)    Court